```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                  :
UNITED STATES OF AMERICA.,                                        :
                                                                  :
                                         Plaintiff,               :     1:25-cv-7541-GHW
                                                                  :
                  -v-                                             :     ORDER
                                                                  :
42.89741666 BITCOIN FORMERLY ON                                   :
DEPOSIT IN KRAKEN ACCOUNT NO. AA36                                :
N84G YR3E S6NQ, *et al.*,                                         :
                                                                  :
                                         Defendants.              :
                                                                  :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On September 10, 2025, the United States of America filed this action. Dkt. No. 1. The United States of America also submitted a proposed stipulation and order. Dkt. No. 3. The United States of America is directed to submit an affidavit by no later than September 18, 2025 attesting to each of the facts included in the proposed order to be considered by the Court. The United States of America is further directed to submit a letter in compliance with the Court's Individual Rules of Practice in Civil Cases, Rule 1(F), which requires parties to submit a letter to the Court in connection with proposed orders and stipulations.

SO ORDERED.

Dated: September 12, 2025
       New York, New York

_____
GREGORY H. WOODS
United States District Judge