USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA, :

Plaintiff, :

- v - :

42.89741666 BITCOIN SEIZED FROM KRAKEN ACCOUNT NO. AA36 N84G YR3E S6NQ; and :

42.89740245 BITCOIN CASH FORMERLY ON DEPOSIT IN KRAKEN ACCOUNT NO. AA36 N84G YR3E S6NQ. :

Defendants-*in-rem*. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUDGMENT OF FORFEITURE

25 Civ. 7541 (GHW)

WHEREAS, on or about September 10, 2025, the United States of America (the "Government") commenced an *in-rem* forfeiture action seeking the forfeiture of the Defendants-*in-rem*, by the filing of a Verified Civil Complaint for Forfeiture (the "Verified Complaint"):

a. 42.89741666 BITCOIN SEIZED FROM KRAKEN ACCOUNT NO. AA36 N84G YR3E S6NQ (the "Subject Account"); and

b. 42.89740245 BITCOIN CASH formerly on deposit in the Subject Account;

(a. and b., together, the "Defendants-*in-rem*");

WHEREAS, the Verified Complaint alleges that the Defendants-*in-rem* are subject to forfeiture pursuant to (i) Title 21, United States Code, Section 881 (a)(6) because there is probable cause to believe that the Defendants-*in-rem*. constitute moneys furnished or intended to be furnished by any person in exchange for a controlled substance and proceeds traceable to such an exchange, in violation of Title 21 , United States Code, Sections 841(a)(l) and 846; and (ii) Title 18, United States Code, Section 981(a)(l)(A), because there is probable cause to believe that the Defendants-*in-rem* constitute property of a value greater than $10,000 derived from the illegal

trafficking of a controlled substance in violation of Title 18, United States Code, Sections 1956, 1957 and 1960;

WHEREAS, notice of the Verified Complaint against the Defendants-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, September 19, 2025, and continuing through October 18, 2025, and proof of such publication was filed with the Clerk of this Court on the docket of this case;

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendants-*in-rem* and the intent of the United States to forfeit and dispose of the Defendants-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendants-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, the accountholder of the Subject Account, Wilson Chang ("Chang"), advised the Government of his interest in the Defendants-*in-rem*;

WHEREAS, on or about September 23, 2025, the Court entered a Stipulation and Order, wherein the Government agreed to return fifty (50) percent of the Defendants-in-rem to Chang (the "Chang Share") and Chang agreed not to contest the forfeiture of the remainder of the Defendants-in-rem (D.E. 6);

WHEREAS, Chang is the only individual and/or entity known to the Government to have a potential interest in the Defendants-*in-rem*; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement

Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

WHEREAS, subtracting the Chang Share from the Defendants-*in-rem* leaves a total of 21.44870833 BTC and 21.4487012 BCH (the "Remaining Share").

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Remaining Share of 21.44870833 BTC and 21.4487012 BCH are hereby forfeited to the plaintiff United States of America.

2. The United States Customs and Border Protection (or its designee) shall dispose of the Remaining Share according to law.

Dated: September 22, 2026
New York, New York

SO ORDERED:

________________________________
HONORABLE GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE